# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-14749 |
|    Phillip J. Kocmoud, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
|    Debtor(s) | ) | |

**Order Extending Time to File Schedules, Lists and Statements or Provide Required Information**

This matter coming before the Court on Debtor's Motion to Extend Time to File Schedules or Provide Required Information;

IT IS ORDERED that:

The date by which the Debtor, Phillip J. Kocmoud, must file his schedules, lists, statements, or provide required information, pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure is extended from August 12, 2020 to and including August 21, 2020.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 20, 2020

**Prepared by:**

Arthur Corbin
Corbin Law Firm, LLC
2500 E. Devon Ave., Ste. 200
Des Plaines, IL 60018
p.773-570-0054 f. 773-570-5449